IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY J. ALLEN

_____/

INFORMATION

3:22mj280

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about January 20, 2022, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**ZACHARY J. ALLEN,**

did commit an act of a nature to corrupt the public morals or outrage the sense of public decency, or affected the peace and quiet of persons who may witness them, or engaged in such conduct as to constitute a breach of the peace or disorderly conduct, in violation of Florida State Statute 877.03, and Title 18, United States Code, Section 13.

_____ for
JASON R. COODY
United States Attorney

5/12/2022
DATE

FILED USDC FLND PN
MAY 16 '22 AM10:20