IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY J. ALLEN
_____/

SUPERSEDING INFORMATION
3:22-mj-280/HTC

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about March 17, 2022, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Veterans Affairs Clinic at Eglin Air Force Base, Florida, the defendant,

**ZACHARY J. ALLEN,**

did engage in disorderly conduct which created loud, boisterous, and unusual noise, or which obstructed the normal use of entrances, exits, foyers, offices, corridors, elevators, and stairways or which tended to impede or prevent the normal operation of a service or operation of the facility, in violation of Title 38, Code of Federal Regulations, Section 1.218(b)(11).

_____
JASON R. COODY
United States Attorney

May 17, 2022
_____
DATE